FILED
8/27/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
BI

1:24-cr-00397
Judge Matthew F. Kennelly
Magistrate Judge Jeffrey T. Gilbert
RANDOM/Cat. 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY SULASKI | No.<br><br>Violation: Title 18, United States Code, Section 2113(a) |

# COUNT ONE

The SPECIAL MAY 2024 GRAND JURY charges:

On or about August 2, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

JEFFREY SULASKI,

defendant herein, by force and violence, and by intimidation, attempted to take from the person and presence of a bank employee money belonging to, and in the care, custody, control, management, and possession of, Huntington Bank, located at 6430 W. Irving Park Rd., Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about August 3, 2024, at Evanston, in the Northern District of Illinois, Eastern Division,

JEFFREY SULASKI,

defendant herein, by intimidation, took from the person and presence of a bank employee approximately $1,404 in United States currency belonging to, and in the care, custody, control, management, and possession of, Associated Bank, located at 1763 W. Howard Avenue in Evanston, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## FORFEITURE ALLEGATION

The SPECIAL MAY 2024 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2113(a), as set forth in Count One of this Indictment, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds traceable to the offense, as provided in Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, approximately $1,404.00 in U.S. Currency.

3. If any of the property described above, as a result of any act or omission by the defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
ACTING UNITED STATES ATTORNEY

3